IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| REBEKAH BURROUGHS, as the Administratrix of the ESTATE OF TODD BRENT BURROUGHS,<br><br>            Plaintiff,<br><br>  v.<br><br>SAMUEL S. PAGE, in his official capacity as Sheriff of Rockingham County, FRANK L. MARTIN, in his individual capacity and official capacity, and LIBERTY MUTUAL INSURANCE CO., as surety,<br><br>            Defendants. | Case No.: 1:17-cv-463 |

**JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT
AND MOTION FOR DISMISSAL**
_____

      **COMES NOW** the Plaintiff, by and through her undersigned attorneys of record, John R. Edwards and Catharine E. Edwards; and the Defendants, by and through their undersigned attorneys of record, H. Lee Davis, Jr., Ann C. Rowe, and Jilliann L. Tate; and, pursuant to the Notice filed by the Court on December 13, 2019 [ECF No. 87] and pursuant to Local Rule 17.1 of the United States District Court for the Middle District of North Carolina, hereby respectfully submit this Joint Motion for Court Approval of Settlement. Upon the Approval of the Settlement Agreement and the Execution and Entry of an Order Approving the Settlement, the Parties further move the Court pursuant to Rule 41 of the

1

Federal Rules of Civil Procedure for an Order of Dismissal with Prejudice of all claims asserted in this Action against all Defendants.

The parties have reached an agreement on the principles of a settlement of this matter. This matter involves minors and, therefore, the compromised settlement is subject to court approval under the law. The compromised settlement concludes all claims which were brought, or could have been brought, on behalf of the minors. Furthermore, the compromised settlement concludes all claims of Plaintiff, Rebekah Burroughs as Administratrix of the Estate of Todd Brent Burroughs and the compromised settlement of these claims includes disbursement of settlement funds to/on behalf of the minors.

The parties respectfully request that the following pleadings, previously filed with this Court, be considered as supporting documentation consistent with the requirements of Local Rule 17.1: Second Amended Complaint [ECF No. 15]; Brief in Support of Defendants' Motion for Summary Judgment [ECF No. 43]; Plaintiffs' Second Amended Brief in Response to Defendants' Motion for Summary Judgment [ECF No. 59]; Defendants' Reply Brief in Support of Defendants' Motion for Summary Judgment [ECF No. 62]. Furthermore, consistent with the requirements of Local Rule 17.1, the Plaintiff will submit additional supporting documents, including the Affidavit of Laura Harper; Affidavit of Donald Vaughan; Affidavit of Morgan Davis and Affidavit of Rebekah Burroughs.

Therefore, the parties respectfully move this Court for approval of the settlement and for entry of an Order approving the settlement.

Further, the parties respectfully request the opportunity to submit to the Court, prior to the Hearing, a joint proposed Order approving the settlement. The parties request permission to submit this joint proposed Order on or before Monday, January 6, 2020 and permission to submit this joint proposed Order via email to Judge Webster.

**RESPECTFULLY SUBMITTED** this the 31st day of December 2019.

/s/ John R. Edwards
John R. Edwards
N.C. State Bar No.: 7706
EDWARDS KIRBY, L.L.P.
3201 Glenwood Avenue, Suite 100
Raleigh, NC 27621
Telephone: (919) 780-5400
Facsimile: (919) 800-3099
E-mail: jedwards@edwardskirby.com

/s/ Catharine E. Edwards
Catharine E. Edwards
N.C. State Bar No.: 52705
EDWARDS KIRBY, L.L.P.
3201 Glenwood Avenue, Suite 100
Raleigh, NC 27621
Telephone: (919) 780-5400
Facsimile: (919) 800-3099
E-mail: cedwards@edwardskirby.com

*Attorneys for Plaintiffs*


/s/ H. Lee Davis Jr.
H. Lee Davis, Jr.
N.C. State Bar No.: 7683
DAVIS & HAMRICK, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039
Telephone: (336) 725-8385, ext. 107
Facsimile: (336) 723-8838
E-mail: ldavis@davisandhamrick.com

/s/ Ann C. Rowe
Ann C. Rowe
N.C. State Bar No.: 26686
DAVIS & HAMRICK, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039
Telephone: (336) 725-8385, ext. 116
Facsimile: (336) 723-8838
E-mail: arowe@davisandhamrick.com

/s/ Jilliann L. Tate
Jilliann L. Tate
N.C. State Bar No.: 53604
DAVIS & HAMRICK, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039
Telephone: (336) 725-8385, ext. 103
Facsimile: (336) 723-8838
E-mail: jilliann@davisandhamrick.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2019, I electronically filed on behalf of the Defendants the foregoing **Joint Motion for Court Approval of Settlement** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following persons. Further, this certifies that I electronically served the following persons.

ADDRESSEES:

**Via E-mail:**
**bibbslawgroup@gmail.com**
Mark L. Bibbs
BIBBS LAW GROUP
410 N. Boylan Avenue
Raleigh, North Carolina 27603
*Attorney for Plaintiffs*

**Via E-mail:**
**jedwards@edwardskirby.com**
John R. Edwards
**cedwards@edwardskirby.com**
Catherine E. Edwards
EDWARDS KIRBY, L.L.P.
3201 Glenwood Avenue, Suite 100
Raleigh, North Carolina 27612
*Attorneys for Plaintiffs*

This the 31st day of December, 2019.

/s/ Ann C. Rowe
*Attorney for Defendants*
DAVIS & HAMRICK, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039
Telephone: (336) 725-8385, ext. 116
Facsimile: (336) 723-8838
E-mail: arowe@davisandhamrick.com